KEGHAM H. EURENJY, Respondent, v. MARDEN, ORTH & HASTINGS CORPORA-
TION, Appellant.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

SHIPPERS' CAR LINE, INC., Respondent, v. MANUFACTURERS FINANCE COM-
PANY, Appellant.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

HENRY MINDLIN and Another, Copartners, etc., Respondents, v. MEYER
DORFMAN, Appellant.— Judgment and order affirmed, with costs. No opinion.
Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DYER, Appel-
lant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling,
Smith, Page and McAvoy, JJ.

SIDNEY D. MITCHELL, Respondent, v. HILDA M. MITCHELL, Appellant.—
Judgment affirmed, without costs. No opinion. Present — Clarke, P. J.,
Dowling, Smith, Page and McAvoy, JJ.

EDWARD N. BREITUNG and Others, Respondents, v. W. BOSVILE BOSHELL,
Appellant.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

EDWARD N. BREITUNG and Others, Respondents, v. W. BOSVILE BOSHELL,
Appellant.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

DENZER & NATHAN, INC., Respondent, v. THE COLUMBIA KID LEATHER MANU-
FACTURING COMPANY, Appellant.— Order affirmed, with costs and disbursements.
No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

FRANCIS R. STODDARD, JR., as Superintendent of Insurance and Liquidator
of the CASUALTY COMPANY OF AMERICA, Respondent, v. ROYAL BUILDING COR-
PORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

HELEN MOONIN, an Infant, by LEONIE BLANCHOD, Her Guardian ad Litem,
Respondent, v. BLACK AND WHITE CAB COMPANY, Appellant.— Judgment and
order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,
Smith, Page and McAvoy, JJ.

DAVID BERNSTEIN, Appellant, v. EDWARD S. SMITH and Others, as Executors,
etc., of MILLARD F. SMITH, Deceased, Respondents.— Determination and judgment
affirmed, with costs. No opinion. Present — Clark, P. J., Dowling, Smith,
Page and McAvoy, JJ.

ANNA MOLONEY, an Infant, by JOSEPH MOLONEY, Her Guardian ad Litem,
Appellant, v. OTTO STAHL, INC., Respondent.— Judgment and order affirmed,
with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and
McAvoy, JJ.

JOSEPH MOLONEY, Appellant, v. OTTO STAHL, INC., Respondent.— Judgment
and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,
Smith, Page and McAvoy, JJ.

BERNIE GOODMAN, an Infant, by JENNIE GOODMAN, His Guardian ad Litem,
Appellant, v. FIFTH AVENUE COACH COMPANY, Respondent.— Judgment reversed
and new trial ordered, with costs to appellant to abide the event, on the ground
that a question of fact was presented to the jury as to whether the servant had